**Dell Layfette CARTER, Plaintiff–Appellant,**

v.

**Rayford ERVIN, Clover Police Department; Frank Sadler, Clover Police Department; Gary Love, Clover Police Department; Richard Goach, Clover Police Department; Lessley Mosely, Clover Police Department; Magistrate Judge Edward Harvey; Costa Pleicone, Trial Judge; Derham Cole, Trial Judge; Social Security Administration; Solicitor Willy Thompson; Public Defender Harry Dest, Defendants–Appellees.**

No. 14–7062.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 24, 2014.

Dell Layfette Carter, Appellant Pro Se.

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dell Layfette Carter seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint alleging claims under 42 U.S.C. § 1983 (2012) and claims against the Social Security Adminis-

tration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Carter v. Ervin,* No. 0:14–cv–00865–TLW, 2014 WL 2468351 (D.S.C. June 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*